THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. FERNANDO DiMAGGIO, Appellant.

(Argued January 8, 1930; decided February 11, 1930.)

*Frederick B. Adams* and *Fred J. Sisson* for appellant.
*Charles L. DeAngelis, District Attorney (Frank S. Baker* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.